[This decision has been published in *Ohio Official Reports* at 95 Ohio St.3d 325.]

CINCINNATI INSURANCE COMPANY, APPELLEE, *v*. COLELLI & ASSOCIATES, INC., APPELLANT.

[Cite as *Cincinnati Ins. Co. v. Colelli & Assoc., Inc.*, 2002-Ohio-2214.]

*Insurance—Duty of insurer to defend—Court of appeals' judgment reversed on authority of Willoughby Hills v. Cincinnati Ins. Co.*

(No. 2001-1309—Submitted April 10, 2002—Decided May 22, 2002.)

APPEAL from the Court of Appeals for Wayne County, No. 00CA0053.

————————————

{¶1} The judgment of the court of appeals is reversed on the authority of *Willoughby Hills v. Cincinnati Ins. Co.* (1984), 9 Ohio St.3d 177, 9 OBR 463, 459 N.E.2d 555. The holding in *Preferred Risk Ins. Co. v. Gill* (1987), 30 Ohio St.3d 108, 30 OBR 424, 507 N.E.2d 1118, is limited to its facts.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, HARSHA and LUNDBERG STRATTON, JJ., concur.

WILLIAM H. HARSHA III, J., of the Fourth Appellate District, sitting for COOK, J.

————————————

Baker, Dublikar, Beck, Wiley & Mathews, James F. Mathews and Jack R. Baker, for appellee.

Jaime P. Serrat and Shawn P. Martin, for appellant.

Robert P. Rutter, urging reversal for amicus curiae, Ohio Academy of Trial Lawyers.

————————————